### The People of the State of Illinois ex rel. John D. Kavanaugh, Appellee, v. City of Chicago, Appellant.

### Gen. No. 21,990.   (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. JOHN P. McGOORTY, Judge, presiding. Heard in this court at the October term, 1915. Reversed and remanded with directions. Opinion filed April 18, 1917.

### Statement of the Case.

Petition for writ of mandamus by the People of the State of Illinois on the relation of John D. Kavanaugh, petitioner, against the City of Chicago, respondent, for the purpose of having relator's name restored to the roster of lieutenants of the fire department. From a judgment awarding the writ, respondent appeals.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

SAMUEL A. ETTELSON, for appellant; ROY S. GASKILL, of counsel.

EARL J. WALKER, for appellee.

MR. JUSTICE TAYLOR delivered the opinion of the court.

### Abstract of the Decision.

CIVIL SERVICE, § 28*—*when demurrer to petition of mandamus on ground of laches is properly sustained.* In mandamus proceedings against a city, brought by a lieutenant of the fire department to have his name restored to the roster from which it had been dropped, where the original petition, which was filed nearly nine years later, failed to state any facts excusing the delay in the filing of the petition, *held* that the demurrer to the petition on the ground of laches was improperly overruled.